IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXA THOMAS<br>*Plaintiff*<br><br>v.<br><br>SHEET METAL WORKERS LOCAL UNION 19 et al.<br>*Defendants* | Civil No. 24-1399 |

### ORDER

**AND NOW**, this 6th day of August, 2025, upon consideration of Defendant Sheet Metal Workers' Joint Apprenticeship Training Fund of Central Pennsylvania's Motion to Dismiss (ECF No. 12) and Defendant Sheet Metal Workers Local Union 19's Motion to Dismiss (ECF No. 14), Plaintiff's Oppositions, and Defendants' Replies, it is hereby **ORDERED** that Defendants' motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' motions are **GRANTED** as to Counts III and IV. Plaintiff's claims for violations of the PHRA are **DISMISSED** with prejudice.

2. Defendants' motions are **DENIED** as to Count I, violations of Title VII, and Count II, violations of the ADA.

**IT IS FURTHER ORDERED** that Plaintiff may file an Amended Complaint consistent with the Court's Memorandum no later than August 20, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge