**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**ALEXA THOMAS,**
*Plaintiff,*

**v.**

**SHEET METAL WORKERS LOCAL UNION 19 et al.,**
*Defendants.*

**Civil No. 24-1399**

**ORDER**

**AND NOW,** on this 13th day of November, 2026, upon consideration of the Motions for Summary Judgment of Defendant Sheet Metal Workers' Joint Apprenticeship and Training Fund of Central Pennsylvania (ECF No. 48) and Defendant Sheet Metal Workers Local Union 19 (ECF No. 49), and all corresponding briefing, it is hereby **ORDERED** as follows for the reasons stated in the accompanying memorandum:

1) Defendant Sheet Metal Workers' Joint Apprenticeship and Training Fund of Central Pennsylvania's Motion for Summary Judgment (ECF No. 48) is **GRANTED** as to Plaintiff's retaliation, failure to accommodate, and gender discrimination claims;

2) The Motion is otherwise **DENIED**; and

3) Defendant Sheet Metal Workers Local Union 19's Motion for Summary Judgment (ECF No. 49) is **GRANTED**.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge